UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIAN FERNANDEZ,<br>    Petitioner,<br><br>   v.<br><br>ERIC BUSH,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF MONTGOMERY, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>    Respondents. | No. 2:17-cv-02289 |

# O R D E R

**AND NOW**, this 18th day of January, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Thomas J. Rueter, ECF No. 12; and Plaintiff's Objections to the R&R, ECF No. 13, **IT IS ORDERED THAT:**

1. Petitioner's objections to the R&R, ECF No. 13, are **OVERRULED**.
2. The R&R, ECF No. 12, is **APPROVED** and **ADOPTED in part** as stated in the Opinion.
3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** as follows:
   a. Claim One is **dismissed** as time-barred; and
   b. Claim Two is **dismissed without prejudice** as unexhausted.
4. Petitioner's Motions, ECF Nos. 19, 20, and 22, are **DENIED as moot**.
5. This case is **CLOSED**.
6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge